UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

MICHAEL JASON PROFITT                          PLAINTIFF

v.                                                  CIVIL ACTION NO.
      3:09CV-658-C

LMDC *et al.*                                 DEFENDANTS

**MEMORANDUM OPINION**

     Unrepresented by counsel, the plaintiff, Michael Jason Profitt, filed an application to proceed without prepayment of fees.  Aside from filling in the caption of the application and signing and dating the application, the plaintiff failed to fill out any other portion of that form.  Consequently, by order entered November 30, 2009, the court denied the application and directed the plaintiff either to file a fully completed application to proceed without prepayment of fees or to pay the $350.00 filing fee in full.  The court warned the plaintiff that failure to comply with the order within 30 days would result in dismissal of this action.

     The thirty-day response period has expired, and the plaintiff has failed to comply or show cause for said failure.  Therefore, the instant action will be dismissed, by separate order, for failure to prosecute and to comply with a prior order of this court.

     Signed on  January 21, 2010

                                                    **Jennifer B. Coffman, Judge**
                                                    **United States District Court**